UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HENRY D. GANTT AND MICHAEL W. STOUT, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**EXPRESS OIL CHANGE, LLC,**<br><br>Defendant. | Civil Action No. 1:16-cv-04795-TCB |

## Voluntary Dismissal

Plaintiffs hereby dismiss the above styled case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) having received the approval of all parties who have appeared. Each party shall bear its own costs and fees.

Respectfully submitted,

-1-

|  |  |
|---|---|
|  | **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** |
| 3100 Centennial Tower | */s/ Charles R. Bridgers* |
| 101 Marietta Street | Charles R. Bridgers |
| Atlanta, GA 30303 | Georgia Bar No. 080791 |
| Telephone: (404) 979-3171 | Mitchell D. Benjamin |
| Facsimile: (404) 835-6168 | Georgia Bar No. 049888 |
| charlesbridgers@dcbflegal.com | |
| benjamin@dcbflegal.com | **Counsel for Plaintiffs** |

So Agreed:

|  |  |
|---|---|
|  | **FREEMAN MATHIS & GARY, LLP** |
| 100 Galleria Parkway | */s/ Martin B. Heller* |
| Suite 1600 | *Benton J. Mathis, Jr.* |
| Atlanta, GA 30339 | Georgia Bar No. 477019 |
|  | Georgia Bar No. 360538 |
|  | bmathis@fmglaw.com |
|  | Mheller@fmglaw.com |
|  | **Counsel for Defendant** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HENRY D. GANTT AND MICHAEL W. STOUT, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**EXPRESS OIL CHANGE, LLC,**<br><br>**Defendant.** | Civil Action No. 1:16-cv-04795-TCB |

## CERTIFICATE OF SERVICE

I certify that on April 27, 2017, I electronically filed the foregoing Voluntary Dismissal which will automatically send email notification to all counsel of record.

                                                 */s/ Charles R. Bridgers*
                                                 Charles R. Bridgers
                                                 Georgia Bar No. 080791

**DELONG, CALDWELL, BRIDGERS,**
**FITZPATRICK & BENJAMIN, LLC**
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 979-3150 Telephone
(404) 979-3170 Facsimile
charlesbridgers@dcbflegal.com          COUNSEL FOR PLAINTIFFS